The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Ilai Kanutu KOONWAIYOU,<br><br>                          Plaintiff,<br><br>   v.<br><br>Antony BLINKEN, Secretary of State; U.S. DEPARTMENT OF STATE,<br><br>                        Defendants. | Case No. 3:21-cv-05474-DGE<br><br>**JOINT STIPULATED MOTION TO REMAND AND DISMISS CASE AND ORDER**<br><br>Noting Date: November 15, 2023 |

Defendants United States Secretary of State Antony Blinken and United States Department of State (collectively, "the Department"), by and through their attorney, and Plaintiff Ilai Kanutu Koonwaiyou, by and through his attorneys, submit this stipulated motion to remand and dismiss this case pursuant to the following terms.

In light of the Ninth Circuit's opinion in this case, the parties agree that Mr. Koonwaiyou may move forward with his application for a certificate of nationality. Accordingly, the parties stipulate to remanding this case to the Department with instructions to re-adjudicate Mr. Koonwaiyou's application for a passport in a manner consistent with the Ninth Circuit's decision. The parties agree that on remand, Mr. Koonwaiyou will submit an updated Form DS-11 application to the Department. Within 60 days of submission of that updated application, the Department will issue a decision or request additional evidence. If additional evidence is

J. STIP. MOT. TO REMAND AND DISMISS - 1
Case No. 3:21-cv-05474-DGE

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

1  required, the Department will make any final decision as quickly as possible once
2  Mr. Koonwaiyou submits his response.
3      The parties also stipulate to the dismissal of this case without prejudice. Any motion for
4  fees and costs will be due within 30 days of the order, and any response to that motion will be
5  due consistent with the Court's local rules.
6  RESPECTFULLY SUBMITTED this 15th day of November, 2023.

7  s/ Matt Adams
   Matt Adams
8  matt@nwirp.org

9  s/ Aaron Korthuis
   Aaron Korthuis
10  aaron@nwirp.org

11  NORTHWEST IMMIGRANT RIGHTS PROJECT
   615 Second Avenue, Suite 400
12  Seattle, Washington 98104
   Tel: +1.206.957.8611
13  Fax: +1.206.587.4025
   *Attorneys for Plaintiff*

14

   BRIAN M. BOYNTON
15  Principal Deputy Assistant Attorney General
   U.S. Department of Justice, Civil Division

16  WILLIAM C. PEACHEY
   Director, Office of Immigration Litigation
17  District Court Section

18  ELIANIS PEREZ
   Assistant Director

19  s/ Lauren E. Fascett
   LAUREN E. FASCETT
20  Senior Litigation Counsel
   Office of Immigration Litigation
21  District Court Section
   P.O. Box 868, Ben Franklin Station
22  Washington, DC  20044
   Tel: (202) 616-3466
   Fax: (202) 305-7000
23  Email: Lauren.Fascett@usdoj.gov
   *Attorney for Defendants*

24

J. STIP. MOT. TO REMAND AND DISMISS - 2
Case No. 3:21-cv-05474-DGE

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

**ORDER**

Pursuant to the parties' stipulated motion, the Court orders as follows:

- This matter is remanded to the Department of State to adjudicate Mr. Koonwaiyou's new application consistent with the Ninth Circuit's opinion in this case.

- The Department of State shall adjudicate the application within 60 days of receiving Mr. Koonwaiyou's new application or issue a request for additional evidence, and, if further evidence is required, shall issue a final decision as quickly as possible upon Mr. Koonwaiyou's response to such a request.

- This matter is dismissed without prejudice

- Any motion for fees and costs will be due within 30 days of the order, and any response to that motion will be due consistent with the Court's local rules.

IT IS SO ORDERED.

DATED this 16th day of November 2023.

David G. Estudillo
United States District Judge

J. STIP. MOT. TO REMAND AND DISMISS - 3
Case No. 3:21-cv-05474-DGE

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611